*Sykes* for the United States Trust Co.; and *Reese D. Alsop* for the Gaston Group of Holders of Mortgage Bonds, petitioners. *Leland W. Scott* for Zelle; *Henry S. Mitchell* for the Canadian Pacific R. Co.; *Thomas P. Helmey* for the Empire Trust Co.; *James L. Hetland* for the Minneapolis, St. Paul & Sault Ste. Marie R. Co.; *Josiah E. Brill* for the Mortgage Bondholders Protective Committee; and *Abraham K. Weber* for the Wisconsin Central R. Co., respondents.

No. 535. LOBEL *v.* AMERICAN AIRLINES, INC. C. A. 2d Cir. Certiorari denied. *Jay Leo Rothschild* for petitioner. *William J. Junkerman* for respondent.

No. 536. McCLELLAND ET AL. *v.* FRUCO CONSTRUCTION Co. C. A. 8th Cir. Certiorari denied. *Arnot L. Sheppard* for petitioners. *Jacob M. Lashly* for respondent.

No. 537. DAVIS, TRUSTEE, *v.* B. F. AVERY & SONS Co. C. A. 5th Cir. Certiorari denied. *J. Madden Hatcher* and *Theo. J. McGee* for petitioner. *Max F. Goldstein* and *Leonard Farkas* for respondent.

No. 539. NORMAN *v.* SPOKANE, PORTLAND & SEATTLE RAILWAY Co. C. A. 9th Cir. Certiorari denied. *Elton Watkins* for petitioner. *Charles A. Hart, Hugh L. Biggs* and *Cleveland C. Cory* for respondent.

No. 542. CREAMETTE COMPANY *v.* CONLIN ET AL. C. A. 5th Cir. Certiorari denied. *Frank A. Whiteley* for petitioner. *Willard Ayres* for respondent.